IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY FRAZIER,

                                  CIVIL ACTION
                                  CASE NO. 1:14-cv-00762-SCJ

         Plaintiff,

v.

SKYBOXX RESTAURANT &
SPORTS BAR, LLC, a Limited
Liability Company,

         Defendant.

_____/

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, TIMOTHY FRAZIER, requests that his claims against Defendant, SKYBOXX RESTAURANT & SPORTS BAR, LLC, be dismissed **without** prejudice with each party to bear their own costs.

Respectfully submitted this 19th day of November, 2014.

                                  /s/ ANDREW FRISCH
                                  ANDREW FRISCH
                                  GA Bar No.: 366105
                                  MORGAN & MORGAN, P.A.
                                  600 N. Pine Island
                                  Suite 400
                                  Plantation, FL 33324
                                  Tel: 866-344-9243
                                  Fax: 954-333-3515
                                  E-mail: AFrisch@forthepeople.com

                                  *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November <u>19</u>, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ANDREW FRISCH</u>
Andrew Frisch, Esquire